NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXSAM, INC.,**
*Plaintiff-Cross Appellant,*

v.

**IDT CORPORATION,**
*Defendant-Appellant.*

---

2012-1063, -1064

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0420, Magistrate Judge Charles Everingham.

---

**ON MOTION**

---

**O R D E R**

IDT Corporation moves without opposition for a 45-day extension of time, until August 16, 2012, to submit its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. IDT's reply brief is due August 16, 2012.

FOR THE COURT

JUL 0 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Timothy P. Maloney, Esq.
Glen E. Summers, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 5 2012

JAN HORBALY
CLERK